# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 12 MJ 7003 JCB |
| Linda Louise Culkin | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Linda Louise Culkin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
From in and around December 2010 through and including December 2011, the defendant transmitted in interstate and foreign commerce one or more communications containing a threat to injure the person of another, and aided and abetted the same, all in violation of 18 U.S.C. §§ 875(c), 2.

Date: January 13, 2012

*Issuing officer's signature*

City and state:   Boston, Massachusetts          Jennifer C. Boal, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*