UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 12-MJ-7003-JCB |
| | ) | |
| LINDA LOUISE CULKIN, | ) | |
| Defendant | ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint and

the supporting affidavit in this case on the grounds that Defendant Culkin has been arrested and is

in custody.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  _____
SCOTT L. GARLAND
Assistant U.S. Attorney

Date: 1-17-12